**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
DEAN RAY MCLAUGHLIN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 19-cr-00097-DAD-BAM |
| Plaintiff, | ) **DEFENDANT'S REQUEST AND** |
| vs. | ) **WAIVER OF APPEARANCE; ORDER** |
| DEAN RAY MCLAUGHLIN, | ) |
| Defendant | ) |

Defendant, DEAN RAY MCLAUGHLIN, hereby waives his appearance in person in open court upon the status conference set for Monday, August 12, 2019 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: August 3, 2019                    _/s/Dean Ray McLaughlin_____
                                        Dean Ray McLaughlin

Date: August 3, 2019                    _/s/David A. Torres_____
                                        DAVID A. TORRES,
                                        Attorney for Defendant

# <u>ORDER</u>

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant Dean Ray McLaughlin is hereby excused from appearing at this court hearing scheduled for Monday, August 12, 2019.

IT IS SO ORDERED.

Dated:   **August 5, 2019**           /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE