DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
DEAN MCLAUGHLIN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEAN MCLAUGHLIN,<br><br>Defendants. | Case No. 19-cr-0097 DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA MCAULIFFE AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, DEAN MCLAUGHLIN, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for November 12, 2019, to be continued to January 27, 2020.

For the past four weeks, I have been engaged in a lengthy jury trial involving gang charges. My jury returned a verdict on Tuesday, November 5, 2019. Because of the jury trial, I need additional time to review discovery, conduct an investigation and discuss the matter with my client. I am seeking a continuance of the status conference to preform the above as well as discuss the possibility of a plea agreement. I have spoken to AUSA BRIAN ENOS, and he has no objection to continuing the status conference hearing

The parties also agree the delays resulting from the continuance shall be excluded in the

1

interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results from a continuance granted by the Court at defendant's request in the basis of the Courts finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial act.

**IT IS SO STIPULATED.**

DATED: 11/7/2019

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
DEAN MCLAUGHLIN

DATED: 11/7/2019

*/s/Brian Enos*
BRIAN ENOS
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the 2nd Status Conference is continued from November 12, 2019 to **January 27, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV).

IT IS SO ORDERED.

Dated: **November 7, 2019**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE