TORRES |TORRES AND ASSOCIATES
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
DEAN MCLAUGHLIN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEAN MCLAUGHLIN,<br><br>Defendants. | Case No. 1:19-CR-0097 DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Dean McLaughlin, by and through his attorney of record, David A. Torres, hereby requesting that the sentencing hearing currently set for Monday May 3, 2021 be continued to June 7, 2021 at 10:00a.m.

Mr. McLaughlin's ex-wife passed away on April 12, 2021. Her death took a tremendous toll on Mr. McLaughlin, and we have been unable to meet due to the depression he is experiencing. As such, I have been unable to complete a sentencing statement on his behalf. AUSA Enos is aware of Mr. McLaughlin's situation and does not object to the brief continuance.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: April 29, 2021                                   */s/ David A Torres*
                                                        DAVID A. TORRES
                                                        Attorney for Defendant
                                                        DEAN MCLAUGHLIN


DATED: April 29, 2021                                   */s/ Brian Enos*
                                                        BRIAN ENOS
                                                        Assistant U.S. Attorney

# **ORDER**

**IT IS SO ORDERED** that the sentencing hearing be continued to June 7, 2021. At 10:00 a.m.

IT IS SO ORDERED.

Dated: **April 29, 2021**                               _____
                                                        UNITED STATES DISTRICT JUDGE